# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EMIGRANT BANK; AND PACIFIC MERCANTILE BANK,<br><br>　　　　　Petitioners,<br><br>v.<br><br>CALRISSIAN L.P.; AND VIRGO SERVICE COMPANY LLC,<br><br>　　　　　Respondents. | Misc. Case No.:<br><br>Underlying Action:<br><br>*Emigrant Bank, et al. v. SunTrust Bank, et al.*, No. 1:20-cv-02391-PGG (S.D.N.Y.) |

## PROPOSED ORDER

Upon consideration of Petitioners Emigrant Bank's ("Emigrant") and Pacific Mercantile Bank's ("PMB") motion to compel Respondents Calrissian L.P. ("Calrissian") and Virgo Service Company LLC ("VSC") to produce documents requested by the subpoena issued to Respondents on May 8, 2023, pursuant to Federal Rule of Civil Produce 45, and any opposition thereto,

IT IS HEREBY ORDERED that Petitioners' motion to compel is GRANTED.

IT IS FURTHER ORDERED that Respondents Calrissian and VSC immediately take all necessary steps toward producing to Petitioners all documents responsive to Petitioners' subpoena, with production to be completed within two weeks of entry of this Order.

IT IS FURTHER ORDERED that Respondents' objections to the subpoena are waived by their failure to respond by the date of compliance.

Date: _____    _____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE