

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

Jesse L. Noa
Partner
Attorney at Law
jnoa@potteranedson.com
302 984-6146 Direct Phone

August 11, 2023

**VIA CM/ECF**

The Honorable Laura D. Hatcher
J. Caleb Boggs Federal Building
844 N. King Street, Unit 8, Room 2124
Wilmington, DE 19801-3555

      Re:    *In re: Calrissian L.P.,* et al., Case No. 1:23-mc-00341-RGA-LDH
              Petitioners' Motion to Compel

Dear Judge Hatcher:

      We write on behalf of Petitioners Emigrant Bank and Pacific Mercantile Bank (collectively, the "Petitioners") in the above-referenced action regarding Petitioners' Motion to Compel Respondents to Comply with Petitioners' Subpoenas [D.I. 1] (the "Motion to Compel"). The Motion to Compel was filed on July 14, 2023 and was served on Respondents Calrissian L.P.'s and Virgo Service Company LLC's (collectively, "Respondents") registered agents on July 17, 2023.  D.I. 7; *see also* Proofs of Service enclosed herewith.  Pursuant to Local Rule 7.1.2(b), Respondents' deadline to respond to the Motion to Compel was July 31, 2023.  To date, Respondents have not responded to the Motion to Compel within the required time nor appeared in this proceeding.  Petitioners therefore respectfully request that Your Honor enter the Proposed Order attached to the Motion to Compel, and reattached to this letter for the Court's convenience, be entered by the Court.

      Please let us know if Your Honor has any questions regarding this matter.

                              Respectfully,

                              */s/ Jesse L. Noa*

                              Jesse L. Noa (#5973)

Enclosures
cc: Respondents (via hand delivery)